UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO. 3:20-cv-5896-MCR/EMT

DAVID POSCHMANN,

      Plaintiff,

v.

RVC OUTDOOR DESTINATION RESORTS, LP,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved. Counsel are in the process of finalizing a written settlement agreement.

Dated: January 19, 2021

                                                s/Drew M. Levitt
                                                Drew M. Levitt
                                                Florida Bar No. 782246
                                                drewmlevitt@gmail.com
                                                Lee D. Sarkin, Esq.
                                                Florida Bar No. 962848
                                                Lsarkin@aol.com
                                                4700 N.W. Boca Raton Boulevard
                                                Suite 302
                                                Boca Raton, Florida 33431
                                                Telephone (561) 994-6922
                                                Attorneys for Plaintiff