# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# DIVISION

DAVID POSCHMANN

    VS                                   CASE NO.  3:20-CV-5896-MCR-EMT

RVC OUTDOOR DESTINATION RESORTS LP

## CLERK'S DISMISSAL

Upon the Notice of Settlement filed herein, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same hereby is, dismissed.

                                                    Jessica J. Lyublanovits,
                                                    Clerk of Court.

 1/20/2021                                  /s/ A'Donna Bridges, Deputy Clerk
DATE                                         Deputy Clerk:

.